# United States District Court
## Southern District of Georgia

| | |
|---|---|
| VERNON E. TUBMAN,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD ROUNDTREE, Sheriff, Richmond County Jail, C.B.W.D.C.; GENE JOHNSON, Major, Richmond County Jail, C.B.W.D.C.; and, FNU HUFFMAN, Captain, Richmond County Jail, C.B.W.D.C.,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: CV 114-139 |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on November 20, 2014, the Plaintiff's complaint is hereby DISMISSED for failure to state a claim upon which relief can be granted, and the civil action is hereby CLOSED.

November 20, 2014  
*Date*

Scott L. Poff  
*Clerk*

*(By) Deputy Clerk*